## UNITED STATES DISTRICT COURT DISTRICT OF UTAH

| CONSENT TO JURISDICTION OF A MAGISTRATE JUDGE |
|---|

**Do not electronically file the Consent Form in the case**.

Under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, you are hereby notified that a magistrate judge for the District of Utah may conduct any or all proceedings in this case, including a jury or bench trial and entry of a final judgment. Exercise of this jurisdiction by the magistrate judge is permitted only if all parties voluntarily sign and return the attached Consent Form.

An appeal from a judgment entered by a United States magistrate judge will be made directly to the United States Court of Appeals for the Tenth Circuit in the same manner as an appeal from any other judgment of this court. 28 U.S.C. § 636(c); Fed. R. Civ. P. 73.

There are good reasons to consent to the jurisdiction of a magistrate judge. Magistrate judges have experience with nearly all types of civil matters, and their cases are usually resolved more quickly than cases before a district judge. A magistrate judge's trial dates are more certain because magistrate judges do not preside over felony criminal matters, which take priority over civil jury trials.

The Clerk's Office will send the Consent Form to parties in most civil cases in two instances:

> **Cases assigned to Magistrate Judge at case opening.** Under DUCivR 72-4, some cases are assigned to a magistrate judge at case opening. If a case is assigned to a magistrate judge at case opening, the magistrate judge's authority pending consent is limited to the authority under 28 U.S.C. § 636(b)(1)(A) and (B) and DUCivR 72-2(a)(6).

> **Cases assigned to District Judge at case opening.** Under 28 U.S.C. § 626(c)(2), the Clerk of the Court is required to notify the parties of the availability of a magistrate judge to exercise complete jurisdiction in civil cases.

The parties will have 21 days from the date the Clerk's Office sends the form to return it to the court. When a party is added later to a case, after the existing parties have consented, the consent clerk will send the Consent Form to the newly added party. The newly added party will have 21 days after the clerk sends the Consent Form to return it to the Clerk's Office. If the newly added party does not consent to the magistrate judge presiding over the case, the Clerk's Office will randomly assign the case to a district judge and automatically enter a referral to the same magistrate judge under 28 U.S.C. § 636 (b)(1)(A) or the same referral the district judge previously entered.

**Do not electronically file the form in the case**. A party should return the form to the Clerk's Office by emailing it to consents@utd.uscourts.gov or mailing it to the following address:

> Orrin G. Hatch United States Courthouse
> Attention: Consent Clerk
> 351 S. West Temple Street
> Salt Lake City, Utah 84101

The form will only be filed in the case if all parties consent. The parties may return one form for the case or may return individual forms, whichever process is easiest for the parties and attorneys.

A party may, without adverse consequences, decline to consent. If any party does not consent, the Clerk's Office will not communicate a party's identity to any judge assigned to the case. If a party requests case reassignment, the Clerk's Office will not docket the form in the case. When a party fails to return the form, the case either will remain assigned or be reassigned to the district judge. Parties are reminded that each district judge may, and regularly do, refer civil matters to the magistrate judges in this district under 28 U.S.C. § 636(b)(1)(A) or § 636(b)(1)(B).

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

|  |  |
|---|---|
| _____<br>*Plaintiff*<br><br>v.<br><br>_____<br>*Defendant* | )<br>)<br>)   Civil Action No.<br>)<br>) |

**CONSENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE**

A magistrate judge may conduct all proceedings in this civil action, including a jury or nonjury trial and the entry of a final judgment, only if all parties voluntarily consent. The judgment may be appealed directly to the United States Court of Appeals for the Tenth Circuit like any other judgment of this court.

You may consent or you may decline to consent to the jurisdiction of the magistrate judge without any adverse consequences. The Clerk's Office will not communicate the name of any party declining to consent to any judge assigned to this case.

Please complete the following section to indicate your choice:

| Consent | Name of Party or Attorney (Print) | Signature | Date |
|---|---|---|---|
| ☐ ☐<br><br>Yes  No |  |  |  |
| ☐ ☐<br><br>Yes  No |  |  |  |
| ☐ ☐<br><br>Yes  No |  |  |  |

**After completing this form, do not electronically file it in the case.** Email this form in PDF format to consents@utd.uscourts.gov or mail it to the following address:

> Orrin G. Hatch United States Courthouse
> Attention: Consent Clerk
> 351 S. West Temple Street
> Salt Lake City, Utah 84101

If all parties consent, then the clerk will file the form in the case. If the case is reassigned, the clerk will not file the form in the case.