Milo Steven Marsden (#4879)
Maryann Bauhs (#17196)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
marsden.steve@dorsey.com
bauhs.maryann@dorsey.com

Michael Rowe (pro hac vice pending)
Andrew Brantingham (pro hac vice pending)
Brock Huebner (pro hac vice pending)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
rowe.michael@dorsey.com
brantingham.andrew@dorsey.com
huebner.brock@dorsey.com

*Attorneys for Defendant MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>　　　　　　Defendant. | Case No. 4:24-cv-00033-TS-PK<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

WHEREAS Plaintiff Sherry Teresa ("Plaintiff") served the Complaint in this matter on Defendant Mayo Foundation for Medical Education and Research ("Defendant") on April 15, 2024;

WHEREAS due to personal and work conflicts and the need to assess the allegations in the Complaint, Defendant requested and Plaintiff agreed to extend the deadline for responding to the Complaint to May 31, 2024;

WHEREAS the parties further agreed that if Defendant's response to the Complaint is a motion requiring response and reply memoranda, the deadline for Plaintiff's opposition brief is to be extended to June 28, 2024 and the deadline for Defendant's reply brief is to be extended to July 19, 2024.

WHEREAS for good cause shown, Plaintiff's and Defendant's respective counsel therefore stipulate that the deadline for the Defendants to respond to the Complaint (Doc. No. 1) in the above captioned case shall be extended to May 31, 2024 and that the deadline for response and reply briefs (if necessary) shall be extended to June 28, 2024 (opposition brief) and July 19, 2024 (reply brief).

Dated:  April 18, 2024

DORSEY & WHITNEY LLP

By  */s/ Maryann Bauhs*
    Milo Steven Marsden
    Maryann Bauhs
    *Attorneys for Defendant*

Dated:  April 17, 2024

PETERS | SCOFIELD

By  */s/ David W. Scofield*
Signed with permission via email
David W. Scofield
*Attorneys for Plaintiff*

3