UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 4:24-cv-00033-TS-PK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Based upon the parties' *Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint* and for good cause appearing, the Court GRANTS the Stipulated Motion and ORDERS that:

- The deadline for the Defendant to answer or otherwise respond to the Complaint (Doc. No. 1) is extended until May 31, 2024.

- If Defendant's response to the Complaint is a motion requiring response and reply memoranda, the deadline for Plaintiff's opposition brief is June 28, 2024 and the deadline for Defendant's reply brief is July 19, 2024

**IT IS SO ORDERED.**

Dated: _____   _____

Hon. Paul Kohler
United States Magistrate Judge