Milo Steven Marsden (#4879)
Maryann Bauhs (#17196)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
marsden.steve@dorsey.com
bauhs.maryann@dorsey.com

Michael Rowe (pro hac vice pending)
Andrew Brantingham (pro hac vice pending)
Brock Huebner (pro hac vice pending)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
rowe.michael@dorsey.com
brantingham.andrew@dorsey.com
huebner.brock@dorsey.com

*Attorneys for Defendant MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>  Defendant. | Case No. 4:24-cv-00033-TS-PK<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Milo Steven Marsden of the law firm of Dorsey & Whitney LLP hereby enters his appearance in the above-entitled case on behalf of Defendant. All documents, correspondence, court pleadings, papers and other materials relevant to this action should be directed to:

Milo Steven Marsden
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111
marsden.steve@dorsey.com

Dated:  April 18, 2024                    DORSEY & WHITNEY LLP

                                          By  /s/ Milo Steven Marsden
                                             Milo Steven Marsden
                                             *Attorneys for Defendant*