Milo Steven Marsden (4879)
Maryann Bauhs (17196)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com
bauhs.maryann@dorsey.com

*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH SOUTHERN REGION

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | **MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL ROWE**<br><br>Civil No. 4:24-CV-00033-TS-PK<br><br>Judge Ted Stewart<br>Magistrate Judge Paul Kohler |

I move for the pro hac vice admission of Michael Rowe as counsel for Defendant Mayo Foundation for Medical Education and Research, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant is not a member of the Utah State Bar and does not maintain a law office in Utah.  I certify that the Applicant has been admitted pro hac vice in one unrelated case in this district in the previous five years, *Curry, et al. v. Mrs. Fields Gifts, Inc.*, No. 2:22-cv-00651-JNP-DBP (D. Utah) (admitted December 21, 2023).

DATED this 18th day of April, 2024.		DORSEY & WHITNEY LLP


						By: /s/ *Maryann Bauhs*
						    Milo Steven Marsden
						    Maryann Bauhs
						    *Attorneys for Defendant*