## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH SOUTHERN REGION

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>      Defendant. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL ROWE**<br><br>Civil No. 4:24-CV-00033-TS-PK<br><br>Judge Ted Stewart<br>Magistrate Judge Paul Kohler |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Michael

Rowe. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____, 2024.

BY THE COURT:


_____
Magistrate Judge Paul Kohler