Milo Steven Marsden (4879)
Maryann Bauhs (17196)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com
          bauhs.maryann@dorsey.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH SOUTHERN REGION

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>    Defendant. | **MOTION FOR PRO HAC VICE ADMISSION OF BROCK HUEBNER**<br><br>Civil No. 4:24-CV-00033-TS-PK<br><br>Judge Ted Stewart<br>Magistrate Judge Paul Kohler |

I move for the pro hac vice admission of Brock Huebner as counsel for Defendant Mayo Foundation for Medical Education and Research, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant is not a member of the Utah State Bar, does not maintain a law office in Utah, and has not been admitted pro hac vice in any case in this district in the previous five years.

DATED this 18th day of April, 2024.     DORSEY & WHITNEY LLP

By: /s/ *Maryann Bauhs*
    Milo Steven Marsden
    Maryann Bauhs
    *Attorneys for Defendant*