UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH SOUTHERN REGION

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>　　Defendant. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF BROCK HUEBNER**<br><br>Civil No. 4:24-CV-00033-TS-PK<br><br>Judge Ted Stewart<br>Magistrate Judge Paul Kohler |

　　Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Brock Huebner. Based on the motion and for good cause appearing,

　　**IT IS HEREBY ORDERED** that the motion is GRANTED.

　　DATED this ____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　District Court Judge