

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Milo Steven Marsden, Maryann Bauhs |
| Firm: | Dorsey & Whitney LLP |
| Address: | 111 South Main St, 21st Floor |
| | Salt Lake City, UT 84111 |
| | |
| Telephone: | 801-933-8944 |
| Email: | marsden.steve@dorsey.com |
| | bauhs.maryann@dorsey.com |
| | |
| Pro Hac Vice Applicant: | Andrew Brantingham |
| Firm: | Dorsey & Whitney LLP |
| Address: | 50 South Sixth St, Suite 1500 |
| | Minneapolis, MN 55402 |
| | |
| Telephone: | 612-492-6623 |
| Email: | brantingham.andrew@dorsey.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Minnesota | 0389952 | October 30, 2009 |
| District of Columbia | | June 7, 2021 |
| Eighth Circuit | | March 25, 2010 |
| District of Minnesota | | April 18, 2011 |
| Ninth Circuit | | October 17, 2022 |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ *Andrew Brantingham*          April 17, 2024
Signature                          Date