UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 4:24-cv-00033-TS-PK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Based upon the parties' *Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint*[1] and for good cause appearing, the Court GRANTS the Stipulated Motion and ORDERS that:

- The deadline for the Defendant to answer or otherwise respond to the Complaint[2] is extended until May 31, 2024.

- If Defendant's response to the Complaint is a motion requiring response and reply memoranda, the deadline for Plaintiff's opposition brief is June 28, 2024 and the deadline for Defendant's reply brief is July 19, 2024

SO OREDERED this 19th day of April, 2024.

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 9, filed April 18, 2024.

[2] Docket No. 1, filed March 12, 2024.