UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH SOUTHERN REGION

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>    Defendant. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL ROWE**<br><br>Civil No. 4:24-CV-00033-TS-PK<br><br>District Judge Ted Stewart<br>Magistrate Judge Paul Kohler |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of Michael Rowe.[1] Based on the motion and for good cause appearing, **IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 19th day of April, 2024.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 11, filed April 18, 2024.