Milo Steven Marsden (#4879)
Maryann Bauhs (#17196)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
marsden.steve@dorsey.com
bauhs.maryann@dorsey.com

Michael Rowe (pro hac vice)
Andrew Brantingham (pro hac vice)
Brock Huebner (pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
rowe.michael@dorsey.com
brantingham.andrew@dorsey.com
huebner.brock@dorsey.com

*Attorneys for Defendant MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 4:24-cv-00033-TS-PK<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mayo Foundation for Medical Education and Research submits this corporate disclosure statement.

Mayo Foundation for Medical Education and Research is a Minnesota non-profit corporation and no publicly held company owns 10% or more of its stock. Mayo Foundation for Medical Education and Research is a subsidiary of Mayo Clinic, which is a Minnesota non-profit corporation, has no parent company, and no publicly held company owns 10% or more of its stock.

Dated:  April 22, 2024

DORSEY & WHITNEY LLP

By  /s/ Maryann Bauhs
    Milo Steven Marsden
    Maryann Bauhs
    Michael Rowe (pro hac vice)
    Andrew Brantingham (pro hac vice)
    Brock Huebner (pro hac vice)
    *Attorneys for Defendant*