Milo Steven Marsden (#4879)
Maryann Bauhs (#17196)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
marsden.steve@dorsey.com
bauhs.maryann@dorsey.com

Michael Rowe (pro hac vice)
Andrew Brantingham (pro hac vice)
Brock Huebner (pro hac vice)
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
rowe.michael@dorsey.com
brantingham.andrew@dorsey.com
huebner.brock@dorsey.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 4:24-cv-00033-TS-PK<br><br>**SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

By and through their respective counsel, Plaintiff Sherry Teresa and Defendant Mayo Foundation for Medical Education and Research hereby stipulate and agree that Defendant's response to Plaintiff's Complaint is due June 14, 2024; Plaintiff's opposition brief is due July 12, 2024; and Defendant's reply brief is due August 2, 2024.

Good cause exists for the Court to grant this extension as defense counsel needs the extra time to investigate the allegations in Plaintiff's Complaint and provide an accurate response.

Accordingly, the parties stipulate and agree that the Court may enter the attached Proposed Order Granting Second Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint without further notice to the parties.

Dated:  May 21, 2024	DORSEY & WHITNEY LLP

By  */s/ Maryann Bauhs*
    Milo Steven Marsden
    Maryann Bauhs
    *Attorneys for Defendant*

Dated:  May 21, 2024	PETERS | SCOFIELD

By  */s/ David W. Scofield*
(signed with permission via email)
David W. Scofield
*Attorneys for Plaintiff*

3