UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>Defendant. | Case No. 4:24-cv-00033-TS-PK<br><br>**ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Based upon the parties' *Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint* and for good cause appearing, the Court GRANTS the Stipulated Motion and ORDERS that:

- The deadline for the Defendant to respond to the Complaint (Doc. No. 1) is June 14, 2024.

- Plaintiff's opposition brief is due July 12, 2024.

- Defendant's reply brief is due August 2, 2024.

    **IT IS SO ORDERED.**

Dated: _____     _____

Hon. Paul Kohler
United States Magistrate Judge