UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>　　　　　Defendant. | ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Case No. 4:24-cv-00033-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Based upon the parties' *Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint*,[1] and for good cause appearing, the Court GRANTS the Stipulated Motion and ORDERS that:

- The deadline for the Defendant to respond to the Complaint[2] is extended to June 14, 2024.
- If Defendant's response to the Complaint is a motion requiring response and reply memoranda, the deadline for Plaintiff's opposition brief is July 12, 2024, and the deadline for Defendant's reply brief is August 2, 2024.

SO ORDERED this 23rd day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PAUL KOHLER
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Docket No. 20, filed May 22, 2024.

[2] Docket No. 1, filed March 12, 2024.