David W. Scofield - 4140
Peters | Scofield, a Professional Corporation
7430 Creek Road, Suite 303
801-322-2002
dws@psplawyers.com
Attorney for Plaintiff and the Putative Class

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| Sherry Teresa,<br><br>     Plaintiff,<br>v.<br><br>Mayo Foundation for Medical Education and Research,<br><br>     Defendant. | **MOTION FOR PRO HAC VICE ADMISSION OF:**<br>**E. POWELL MILLER**<br><br>Case No. 4:24-cv-00033-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |
|---|---|

   I move for the pro hac vice admission of  E. Powell Miller  (Applicant) as counsel for  Plaintiff and Putative Class, and I consent to serve as local counsel. I am an active member of this court's bar.

   The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: July 1, 2024.

PETERS | SCOFIELD
*A Professional Corporation*

/s/ David W. Scofield
DAVID W. SCOFIELD
Attorney for Plaintiff and the Putative Class
