David W. Scofield - 4140
Peters | Scofield, a Professional Corporation
7430 Creek Road, Suite 303
801-322-2002
dws@psplawyers.com
Attorney for Plaintiff and the Putative Class

---

### THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| **Sherry Teresa**, <br><br> Plaintiff, <br><br> v. <br><br> **Mayo Foundation for Medical Education and Research**, <br><br> Defendant. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION OF E. POWELL MILLER <br><br> CASE NO:  **4:24-cv-00033-AMA-PK** |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of E.

Powell Miller.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.


DATED this _____ day of July, 2024.


BY THE COURT:


_____
Name
Title


EXHIBIT B