## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>                Defendant. | **ORDER GRANTING STIPULATED MOTION REGARDING FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE REGARDING MOTON TO DISMISS**<br><br>Case No. 4:24-cv-00033-AMA-PK<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

The Court, having reviewed the Unopposed Motion Regarding First Amended Complaint and Stipulated Briefing Schedule Regarding Motion to Dismiss the Court,[1] being fully apprised in the premises, and good cause appearing,

**IT IS HEREBY ORDERED** that:

(1) Plaintiff may file the proposed First Amended Complaint ("FAC").

(2) Defendant's Motion to Dismiss (Docket No. 23) is MOOT.

(3) The following briefing schedule related to Defendant's forthcoming Motion to Dismiss the FAC is issued:

      a.  Defendant must file its Motion to Dismiss the FAC twenty-one days from the date the FAC is filed;

      b.  Plaintiff must file her Opposition to the Motion to Dismiss the FAC twenty-eight days from the date Defendant files its Motion to Dismiss the FAC;

      c.  Defendant must file its Reply to Plaintiff's Opposition fourteen days from the date Plaintiff files her Opposition.

---

[1] Docket No. 26, filed July 12, 2024.

**DONE** this 15th day of July, 2024.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge