# Exhibit A



# MAYO CLINIC HEALTH LETTER Mailing List

Mayo Foundation for Medical Education and Research. Mayo Clinic newsletters are backed by a century of patient care medical research and experience at one of the world's foremost medical centers. This eight page monthly newsletter provided reliable, accurate and practical information on today's health and medical news: Fitness & exercise, medical treatment breakthroughs, nutrition & healthy eating, tips on treating and preventing hundreds of illnesses. http://www.mayoclinic.com

Get Count    Get Pricing    Get More Information

| SEGMENTS | | COUNTS THROUGH 02/20/2024 |
|---|---|---|
| 386,510 | TOTAL UNIVERSE / BASE RATE | $110.00/M |
| 27,326 | MONTHLY HOTLINE | + $15.00/M |
| 89,567 | QUARTERLY HOTLINE | + $10.00/M |
| 164,121 | 6 MONTH HOTLINE | + $8.00/M |
| 386,510 | ACTIVE US SUBS | $110.00/M |
| 24,338 | 12 MONTH COA | + $10.00/M |
| 338,193 | 12 MONTH EXPIRES | $80.00/M |

### DESCRIPTION



Mayo Foundation for Medical Education and Research.

Mayo Clinic newsletters are backed by a century of patient care medical research and experience at one of the world's foremost medical centers.

This eight page monthly newsletter provided reliable, accurate and practical information on today's health and medical news:  Fitness & exercise, medical treatment breakthroughs, nutrition & healthy eating, tips on treating and preventing hundreds of illnesses.

www.mayoclinic.com

Orders which need zip file breakouts of 10 or more will incur a $100/F fee.

**Subscriber Profiles:**
Mature - age 60+
College educated
Above average incomes

Catalog and fundraiser rates are available.

All orders cancelled after merge and/or mail date will be billed at full rental rate.  Orders cancelled prior to merge will be billed a $150/F fee plus $12/M run charges and all applicable selection charges.  List owner/manager needs to be notified of any cut backs or cancellations before the merge happens.

| POPULARITY: | ▬▬▬▬▬ 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 49% FEMALE 40% MALE |

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $15.00/M |
| 3 MONTH HOTLINE | $10.00/M |
| 6 MONTH HOTLINE | $8.00/M |
| CHANGE OF ADDRESS | $10.00/M |
| GENDER/SEX | $10.00/M |
| SCF | $10.00/M |
| STATE | $10.00/M |
| ZIP | $10.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $10.00/M |
| CARTRIDGE (FLAT FEE) | $30.00/F |
| DISKETTE (FLAT FEE) | $75.00/F |
| EMAIL DELIVERY (FLAT FEE) | $75.00/F |
| FUNDRAISING/NON-PROFIT | |
| KEYING | $10.00/M |
| MODEM/FTP/BBS (FLAT FEE) | $75.00/F |
| RUN CHARGES | $12.00/M |
| ZIP TAPE (FLAT FEE) | $100.00/F |
| ZIP+4 | $3.00/M |

| RELATED LISTS |
|---|
| WILAND |
| NONPROFIT/FUNDRAISING/DONOR DATABASE |
| SPECIAL OLYMPICS INTERNATIONAL |
| AMERICAN LUNG ASSOCIATION DONOR MASTERFILE |
| ALZHEIMER'S DISEASE RESEARCH |
| CONSUMER REPORTS |
| SIMIOAUDIENCE |
| CONSUMER REPORTS ON HEALTH |
| LEUKEMIA & LYMPHOMA SOCIETY, THE |
| NATIONAL FOUNDATION FOR CANCER RESEARCH |
| AICR - AMERICAN INSTITUTE FOR CANCER RESEARCH DONORS |



### ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #153566 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($12.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE

- REUSE IS AVAILABLE
- CANCELLATION FEE AT $150.00/F

Get Count   Get Pricing   Get More Information