UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>        Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (ECF NO. 29)**<br><br>Case No. 4:24-cv-00033-AMA-PK<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

The Court, having reviewed the Stipulated Motion for an Extension of Time,[1] being fully apprised in the premises, and good cause appearing,

**IT IS HEREBY ORDERED** that:

(1) Plaintiff may file her response in opposition to Defendant's Motion to Dismiss the First Amended Complaint on or before September 18, 2024.

(2) Defendant may file its reply in support of its Motion to Dismiss the First Amended Complaint on or before October 16, 2024.

**DONE** this _____ day of September 2024.

                                                  **BY THE COURT**:

                                                  _____
                                                  PAUL KOHLER
                                                  United States Magistrate Judge

---

[1] Docket No. 33, filed September 9, 2024.