# MAYO CLINIC HEALTH LETTER

RELIABLE INFORMATION FOR A HEALTHIER LIFE

<<Back to site

**Check your account status:**

*Account #:* 86072602109



| | |
|---|---|
| **Service Level:** | HL Print Only |
| **Last order:** | May 04, 2023 / 12 issues |
| **Issues Remaining:** | 10 issues |
| **Expire issue:** | AUG 2025 |
| **Account balance:** | $0.00 |
| **Account status:** | Paid - Active |

Click a title below for direct access to customer service for your other subscriptions:
Health Letter (Gift to

### Customer Service Options

- Check your account status
- Change your address
- Make a payment
- Renew your subscription
- Manage auto-renewal setting
- Change your subscription type
- Cancel your subscription
- Give a gift subscription
- Report a missing or damaged issue
- Email customer service
- Frequently asked questions
- Exit customer service

FAQ | Privacy Policy | Terms & Conditions | Contact Us | 1-800-291-1128
@@COPYRIGHT - Mayo Clinic - 200 First Street SW - Rochester, MN 55905 - All Rights Reserved

# MAYO CLINIC HEALTH LETTER

RELIABLE INFORMATION FOR A HEALTHIER LIFE

<<Back to site

**Check your account status:**

**Account #:** 11000803086   Inactive



| | |
|---|---|
| **Service Level:** | HL Print Only |
| **Last order:** | Jan 13, 2022 / 12 issues |
| **Issues Remaining:** | 4 issues |
| **Expire issue:** | JAN 2025 |
| **Account balance:** | $0.00 |
| **Account status:** | Paid - Active |

Click a title below for direct access to customer service for your other subscriptions:
Health Letter (Gift to ▮▮▮▮)

**Customer Service Options**

- Check your account status
- Change your address
- Make a payment
- Renew your subscription
- Manage auto-renewal setting
- Change your subscription type
- Cancel your subscription
- Give a gift subscription
- Report a missing or damaged issue
- Email customer service
- Frequently asked questions
- Exit customer service

FAQ | Privacy Policy | Terms & Conditions | Contact Us | 1-800-291-1128
@@COPYRIGHT - Mayo Clinic - 200 First Street SW - Rochester, MN 55905 - All Rights Reserved

# MAYO CLINIC HEALTH LETTER
RELIABLE INFORMATION FOR A HEALTHIER LIFE

<<Back to site

**Check your account status:**

*Account #:* 90051202572



| | |
|---|---|
| **Service Level:** | HL Print Only |
| **Last order:** | Apr 29, 2024 / 12 issues |
| **Expire issue:** | JUL 2025 |
| **Account balance:** | $31.52  (pay online!) |
| **Account status:** | **Credit Pending** |

**Customer Service Options**

Check your account status
Change your address
Make a payment
Renew your subscription
Cancel your subscription
Give a gift subscription
Report a missing or damaged issue
Email customer service
Frequently asked questions
Exit customer service

FAQ | Privacy Policy | Terms & Conditions | Contact Us | 1-800-291-1128
@@COPYRIGHT - Mayo Clinic - 200 First Street SW - Rochester, MN 55905 - All Rights Reserved

# MAYO CLINIC HEALTH LETTER

RELIABLE INFORMATION FOR A HEALTHIER LIFE

<<Back to site

**Check your account status:**

*Account #:* 90082702980



| | |
|---|---|
| **Service Level:** | HL Print Only |
| **Last order:** | Aug 06, 2024 / 12 issues |
| **Issues Remaining:** | 10 issues |
| **Expire issue:** | AUG 2025 |
| **Account balance:** | $0.00 |
| **Account status:** | Paid - Active |

**Customer Service Options**

Check your account status
Change your address
Make a payment
Renew your subscription
Manage auto-renewal setting
Change your subscription type
Cancel your subscription
Give a gift subscription
Report a missing or damaged issue
Email customer service
Frequently asked questions
Exit customer service

FAQ | Privacy Policy | Terms & Conditions | Contact Us | 1-800-291-1128
@@COPYRIGHT - Mayo Clinic - 200 First Street SW - Rochester, MN 55905 - All Rights Reserved