This form must be type written or computer generated.

**State of Utah**
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Application for Authority to Conduct Affairs for a Foreign Corporation**

A certification of Good Standing/Existence from the State of Incorporation dated no earlier than ninety (90) days prior to filing with this office is attached to this application.

| Non-Refundable Processing Fee: | ☐ Profit $70.00 | ☑ Nonprofit $30.00 |
|---|---|---|

| 1. Exact Corporate Name: | Mayo Foundation for Medical Education and Research | |
|---|---|---|
| 2. A corporation of the state of: | Minnesota | 3. Date Incorporated: 12/10/1984 |
| 4. The corporation's period of duration is: | perpetual | (usually perpetual) |

5. The address of the corporation's principal office is:
Street Address Line 1: 200 First Street SW
Street Address Line 2:
City: Rochester   State: MN   Zip: 55905

6. Who/What is the name of the Registered Agent (Individual or Business Entity or Commercial Registered Agent)?:
CT Corporation System

The address must be listed if you have a non-commercial registered agent.
Address of the Registered Agent: 136 East South Temple, Suite 2100
City: Salt Lake City   State: UT   Zip: 84111

7. If the name is not available in Utah the corporation shall use as it's name: (Please refer to (U.C.A. 16-10a-1506))
None

8. The corporation commenced or intends to commence business in Utah on: Upon registration

9. The names and addresses of the corporation's officers and directors are:

| Position: | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| President | William J. Litchy, M.D., 200 First Street SW, Rochester, MN 55905 | | | | |
| Vice-President | Jeffrey W. Bolton and Alan R. Schilmoeller, 200 First Street SW, Rochester, MN 55905 | | | | |
| Secretary | Jonathan J. Oviatt, 200 First Street SW, Rochester, MN 55905 | | | | |
| Treasurer | Harry N. Hoffman, 200 First Street SW, Rochester, MN 55905 | | | | |
| Director | See attached list | | | | |
| Director | | | | | |
| Director | | | | | |
| Other | | | | | |

10. The business purposes to be pursued in Utah are: Medical education and research

Under penalties of perjury, I declare that this application for Certificate of Authority has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.
Authorized Signer Signature: [signature]   Title: Secretary

Optional Inclusion of Ownership Information: This information is not required.
Is this a female owned business?   ☐ Yes   ☑ No
Is this a minority owned business?   ☐ Yes   ☑ No   If yes, please specify: Select/Type the race of the owner here

Under GRAMA (63-2-201), all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

Mailing/Faxing Information: www.corporations.utah.gov/contactus.html   Division's Website: www.corporations.utah.gov

10-06-10P03:54 RCVD
Date: 10/06/2010
Receipt Number: 3333759
Amount Paid: $70.00



Department of Commerce
Division of Corporations and Commercial Code hereby certified that the foregoing has been file and approved on this 6th day of OCT 2010 in this office of this Division and hereby issued This Certificate thereof.

Examiner: RJ   Date: 10/13/10
Kathy Berg
Division Director

7800227

# State of Minnesota
# SECRETARY OF STATE

### Certificate of Good Standing

I Mark Ritchie Secretary of State of Minnesota do certify that The corporation listed below is a corporation formed under the laws of Minnesota that the corporation was formed by the filing of Articles of Incorporation with the Office of the Secretary of State on the date listed below that the corporation is governed by the chapter of Minnesota Statutes listed below and that this corporation is authorized to do business as a corporation at the time this certificate is issued

Name   Mayo Foundation for Medical Education and Research

Date Formed   12/10/1984

Chapter Governed By   317A

This certificate has been issued on 09/21/10

10-06-10P03 54 RCVD



*Mark Ritchie*
Secretary of State

## Company Summary

### Mayo Foundation for Medical Education and Research

Report Date: 7/9/2010

**Current Officers:**

| Name | Title | Start Date | Term. Date | Address 1 | Address 2 |
|---|---|---|---|---|---|
| William J. Litchy MD | Chair | 1/1/2009 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-538-5272<br>Email: litchy.william@mayo.edu | |
| Jeffrey M. Bolton | Vice President | 1/1/2004 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-266-4416<br>Email: bolton.jeffrey@mayo.edu | |
| Alan R. Schilmoeller | Vice President | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-266-4049<br>Email: aschilmoeller@mayo.edu | |
| Jonathan J. Oviatt | Secretary | 1/1/2003 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-284-8707<br>Email: joviatt@mayo.edu | Phone: 507-284-2990 |
| Harry N. Hoffman | Treasurer | 1/1/2007 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-284-1713<br>Email: hoffman.harry@mayo.edu | |
| Robert F. Brigham | Assistant Secretary | 1/1/2009 | | Mayo Clinic Jacksonville<br>4500 San Pablo<br>Jacksonville, FL 32224<br>Phone: 904-953-7358<br>Email: brigham.robert@mayo.edu | |
| Michael E. Brown | Assistant Secretary | 1/1/2006 | | Mayo Clinic Arizona<br>First Floor, 13400 East Shea Blvd<br>Scottsdale, AZ 85259<br>Phone: 480-301-4417<br>Email: brown.michael@mayo.edu | |
| Daniel S. Goldman | Assistant Secretary | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-538-0158<br>Email: goldman.daniel@mayo.edu | |

Page: 1 of 4

Printed with Corporate Focus

**Current Officers:**

| Name | Title | Start Date | Term. Date | Address 1 | Address 2 |
|---|---|---|---|---|---|
| Mary J. Hoffman | Assistant Secretary | 1/1/2006 | | Mayo Clinic Jacksonville<br>4500 San Pablo Road<br>Jacksonville, FL 32224<br>Phone: 904-953-2171<br>Email: hoffman.mary@mayo.edu | |
| Sherry L. Hubert | Assistant Secretary | 12/1/2002 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-284-0787<br>Email: hubert.sherry@mayo.edu | |
| Mark B. Koch | Assistant Secretary | 1/1/2009 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905 | |
| Roger A. Lindahl | Assistant Secretary | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-284-8744<br>Email: lindahl.roger@mayo.edu | |
| Kevin B. Melvin | Assistant Secretary | 7/14/2008 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-284-5261<br>Email: melvin.kevin@mayo.edu | |
| Brian D. Nass | Assistant Secretary | 1/1/2010 | | 200 First Street SW<br>Rochester, MN 55905 | |
| Gregory J. Thomas | Assistant Secretary | 7/1/2009 | | Mayo Clinic Scottsdale<br>13400 East Shea Blvd<br>Scottsdale, MN 85259<br>Email: thomas.gregory@mayo.edu | |
| William A. Brown | Assistant Treasurer | 7/1/1994 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-284-2298<br>Email: brown.william@mayo.edu | |
| James R. Francis | Assistant Treasurer | 1/1/2004 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-538-1310<br>Email: francis.james@mayo.edu | |
| Jeffrey R. Froisland | Assistant Treasurer | 1/1/2009 | | Mayo Clinic Scottsdale<br>13400 East Shea Blvd.<br>Scottsdale, AZ 85259<br>Phone: 480-301-6940<br>Email: froisland.jeffrey@mayo.edu | |

Printed with Corporate Focus

10-06-10P03:54 RCVD

## Current Officers

| Name | Title | Start Date | Term Date | Address 1 | Address 2 |
|---|---|---|---|---|---|
| Christie A Lohkamp | Assistant Treasurer | 1/1/2009 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507 284-0425<br>Email lohkamp.christie@mayo.edu | |
| Mark A Matthias | Assistant Treasurer | 1/1/2007 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507-538-5231<br>Email mmatthias@mayo.edu | |
| Nan B Sawyer | Assistant Treasurer | 6/12/2000 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507-284-0878<br>Email sawyer@mayo.edu | |
| Bradley D. Schmidt | Assistant Treasurer | 1/1/2009 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507 284-9388<br>Email schmidt.bradley@mayo.edu | |
| Steven P Van Nurden | Assistant Treasurer | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507 284-1093<br>Email svannurden@mayo.edu | |
| Gregory J Warner | Assistant Treasurer | 1/1/2000 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507 284-9028<br>Email gwarner@mayo.edu | |
| Shirley A Weis | Assistant Treasurer | 6/1/2001 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Email weis.shirley@mayo.edu | |

## Current D ectors

| Name | Type | Start Date | Terr Date | Address 1 | Address 2 |
|---|---|---|---|---|---|
| Jeffrey W Bolton | Board | 1/1/2004 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507 266-4416<br>Email: bolton.jeffrey@mayo.edu | |
| Marty A. Lienau | Board | 6/22/2010 | | Mayo Clinic<br>200 First Street SW<br>Rochester MN 55905<br>Phone: 507 266-0422<br>Email: lienau.marty@mayo.edu | |
| Roger A Lindahl | Board | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507 284-8744<br>Email: lindahl.roger@mayo.edu | |
| William J Litchy MD | Board | 1/1/2008 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone. 507-538-6273<br>Email: litchy.william@mayo.edu | |
| Mark A. Matthias | Board | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507-538-5231<br>Email: mmatthias@mayo.edu | |
| Alan R Schilmoeller | Board | 1/5/2007 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507 266-4049<br>Email: aschilmoeller@mayo.edu | |

Printed in Corporate Focus

**State of Utah**
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Application for Authority to Conduct Affairs for a Foreign Corporation**

This form must be typewritten or computer generated.

A certification of Good Standing/Existence from the State of Incorporation dated no earlier than ninety (90) days prior to filing with this office is attached to this application.

| Non-Refundable Processing Fee: | ☐ Profit $70.00 | ☑ Nonprofit $30.00 |
|---|---|---|

| 1. Exact Corporate Name: | Mayo Foundation for Medical Education and Research | |
|---|---|---|
| 2. A corporation of the state of: | Minnesota | 3. Date Incorporated: 12/10/1984 |
| 4. The corporation's period of duration is: | perpetual | (usually perpetual) |
| 5. The address of the corporation's principal office is: | 200 First Street SW (Street Address Line 1) | |
| | City: Rochester   State: MN   Zip: 55905 | |

6. Who/What is the name of the Registered Agent (Individual or Business Entity or Commercial Registered Agent)?:
CT Corporation System

Address of the Registered Agent: 136 East South Temple, Suite 2100
City: Salt Lake City   State: UT   Zip: 84111

7. If the name is not available in Utah the corporation shall use as it's name: (Please refer to (U.C.A. 16-10a-1506))
None

8. The corporation commenced or intends to commence business in Utah on: Upon registration

9. The names and addresses of the corporation's officers and directors are:

| Position: | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| President | William J. Litchy, M.D., 200 First Street SW, Rochester, MN 55905 | | | | |
| Vice-President | Jeffrey W. Bolton and Alan R. Schilmoeller, 200 First Street SW, Rochester, MN 55905 | | | | |
| Secretary | Jonathan J. Oviatt, 200 First Street SW, Rochester, MN 55905 | | | | |
| Treasurer | Harry N. Hoffman, 200 First Street SW, Rochester, MN 55905 | | | | |
| Director | See attached list | | | | |
| Director | | | | | |
| Director | | | | | |
| Other | | | | | |

10. The business purposes to be pursued in Utah are: Medical education and research

Under penalties of perjury, I declare that this application for Certificate of Authority has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.
Authorized Signer Signature: [signature]   Title: Secretary

Optional Inclusion of Ownership Information: This information is not required.
Is this a female owned business?   ☐ Yes   ☑ No
Is this a minority owned business?   ☐ Yes   ☑ No   If yes, please specify: Select/Type the race of the owner here

Under GRAMA (63-2-201), all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

Mailing/Faxing Information: www.corporations.utah.gov/contactus.html   Division's Website: www.corporations.utah.gov

Department of Commerce
Division of Corporations and Commercial Code hereby certified that the foregoing has been filed and approved on this 6th day of OCT 2010 in this office of this Division and hereby issued This Certificate thereof.

Examiner: RJ   Date: 10/13/10


Kathy Berg
Division Director

7800227

# State of Minnesota
# SECRETARY OF STATE

Certificate of Good Standing

I Mark Ritchie Secretary of State of Minnesota do certify that The corporation listed below is a corporation formed under the laws of Minnesota that the corporation was formed by the filing of Articles of Incorporation with the Office of the Secretary of State on the date listed below that the corporation is governed by the chapter of Minnesota Statutes listed below and that this corporation is authorized to do business as a corporation at the time this certificate is issued

Name  Mayo Foundation for Medical Education and Research

Date Formed   12/10/1984

Chapter Governed By   317A

This certificate has been issued on 09/21/10

10-06-10P03 54 RCVD



Mark Ritchie
Secretary of State

# Company Summary

Report Date: 7/9/2010

## Mayo Foundation for Medical Education and Research

### Current Officers:

| Name | Title | Start Date | Term. Date | Address 1 | Address 2 |
|---|---|---|---|---|---|
| William J. Litchy MD | Chair | 1/1/2009 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-538-5272<br>Email: litchy.william@mayo.edu | |
| Jeffrey M. Bolton | Vice President | 1/1/2004 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-266-4416<br>Email: bolton.jeffrey@mayo.edu | |
| Alan R. Schilmoeller | Vice President | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-266-4049<br>Email: aschilmoeller@mayo.edu | |
| Jonathan J. Oviatt | Secretary | 1/1/2003 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-284-8707<br>Email: joviatt@mayo.edu | Phone: 507-284-2990 |
| Harry N. Hoffman | Treasurer | 1/1/2007 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-284-1713<br>Email: hoffman.harry@mayo.edu | |
| Robert F. Brigham | Assistant Secretary | 1/1/2009 | | Mayo Clinic Jacksonville<br>4500 San Pablo<br>Jacksonville, FL 32224<br>Phone: 904-953-7358<br>Email: brigham.robert@mayo.edu | |
| Michael E. Brown | Assistant Secretary | 1/1/2006 | | Mayo Clinic Arizona<br>First Floor, 13400 East Shea Blvd<br>Scottsdale, AZ 85259<br>Phone: 480-301-4417<br>Email: brown.michael@mayo.edu | |
| Daniel S. Goldman | Assistant Secretary | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester, MN 55905<br>Phone: 507-538-0158<br>Email: goldman.daniel@mayo.edu | |

Page: 1 of 4

Printed with Corporate Focus

**Current Officers:**

| Name | Title | Start Date | Term. Date | Address 1 | Address 2 |
|---|---|---|---|---|---|
| Mary J. Hoffman | Assistant Secretary | 1/1/2006 | | Mayo Clinic Jacksonville, 4500 San Pablo Road, Jacksonville, FL 32224, Phone: 904-953-2171, Email: hoffman.mary@mayo.edu | |
| Sherry L. Hubert | Assistant Secretary | 12/1/2002 | | Mayo Clinic Rochester, 200 First Street SW, Rochester, MN 55905, Phone: 507-284-0787, Email: hubert.sherry@mayo.edu | |
| Mark B. Koch | Assistant Secretary | 1/1/2009 | | Mayo Clinic Rochester, 200 First Street SW, Rochester, MN 55905 | |
| Roger A. Lindahl | Assistant Secretary | 1/1/2006 | | Mayo Clinic Rochester, 200 First Street SW, Rochester, MN 55905, Phone: 507-284-8744, Email: lindahl.roger@mayo.edu | |
| Kevin B. Melvin | Assistant Secretary | 7/14/2008 | | Mayo Clinic Rochester, 200 First Street SW, Rochester, MN 55905, Phone: 507-284-5261, Email: melvin.kevin@mayo.edu | |
| Brian D. Nass | Assistant Secretary | 1/1/2010 | | 200 First Street SW, Rochester, MN 55905 | |
| Gregory J. Thomas | Assistant Secretary | 7/1/2009 | | Mayo Clinic Scottsdale, 13400 East Shea Blvd, Scottsdale, MN 85259, Email: thomas.gregory@mayo.edu | |
| William A. Brown | Assistant Treasurer | 2/1/1994 | | Mayo Clinic Rochester, 200 First Street SW, Rochester, MN 55905, Phone: 507-284-2298, Email: brown.william@mayo.edu | |
| James R. Francis | Assistant Treasurer | 1/1/2004 | | Mayo Clinic Rochester, 200 First Street SW, Rochester, MN 55905, Phone: 507-538-1310, Email: francis.james@mayo.edu | |
| Jeffrey R. Froisland | Assistant Treasurer | 1/1/2009 | | Mayo Clinic Scottsdale, 13400 East Shea Blvd, Scottsdale, AZ 85259, Phone: 480-301-6940, Email: froisland.jeffrey@mayo.edu | |

## Current Officers

| Name | Title | Start Date | Term Date | Address 1 | Address 2 |
|---|---|---|---|---|---|
| Christie A Lohkamp | Assistant Treasurer | 1/1/2009 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone: 507 284-0425<br>Email: lohkamp.christie@mayo.edu | |
| Mark A Matthias | Assistant Treasurer | 1/1/2007 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone: 507-538-5231<br>Email: mmatthias@mayo.edu | |
| Nan B Sawyer | Assistant Treasurer | 6/12/2000 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone: 507-284-0878<br>Email: sawyer@mayo.edu | |
| Bradley D. Schmidt | Assistant Treasurer | 1/1/2009 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone: 507 284-9388<br>Email: schmidt.bradley@mayo.edu | |
| Steven P Van Nurden | Assistant Treasurer | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone: 507 284-1093<br>Email: svannurden@mayo.edu | |
| Gregory J Warner | Assistant Treasurer | 1/1/2000 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone: 507 284-9028<br>Email: gwarner@mayo.edu | |
| Shirley A Weis | Assistant Treasurer | 6/1/2001 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Email: weis.shirley@mayo.edu | |

## Current D ectors

| Name | Type | Start Date | Terr Date | Address 1 | Address 2 |
|---|---|---|---|---|---|
| Jeffrey W Bolton | Board | 1/1/2004 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507 266-4416<br>Email: bolton.jeffrey@mayo.edu | |
| Marty A. Lienau | Board | 6/22/2010 | | Mayo Clinic<br>200 First Street SW<br>Rochester MN 55905<br>Phone: 507 266-0422<br>Email: lienau.marty@mayo.edu | |
| Roger A Lindahl | Board | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507 284-8744<br>Email: lindahl.roger@mayo.edu | |
| William J Litchy MD | Board | 1/1/2008 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone. 507-538-6272<br>Email: litchy.william@mayo.edu | |
| Mark A. Matthias | Board | 1/1/2006 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507-538-5231<br>Email: mmathias@mayo.edu | |
| Alan R Schilmoeller | Board | 1/5/2007 | | Mayo Clinic Rochester<br>200 First Street SW<br>Rochester MN 55905<br>Phone 507 266-4049<br>Email: aschilmoeller@mayo.edu | |



State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

File Number: 11362952

# Business Name Registration / DBA Application

Requested Business Name: **MAYO CLINIC STORE SIEBENS**
Entity Number: 11362952
Application Date: 07/01/2019
Approved Date: 07/01/2019
Expiration Date: 07/01/2022
Filer Electronic Signature: Teri Alcott

Business Information
Purpose: Health and Personal Care Stores
Address: 200 First Street SW
  Rochester, MN 55905
Female Owned: No
Minority Owned: No

Registered Agent
Name: CT CORPORATION SYSTEM
Type: CRA
Address:
  , UT

Applicant / Owner(s):
Name: MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH
Entity Number: 7800227-0141
Address: 200 First Street SW
  Rochester, MN 55905



State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 01, July 2019 in the office of the Division and hereby issues this Certification thereof.

Jason Sterzer
Division Director

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

## FILING HISTORY

### ENTITY INFORMATION

**Entity Name:**

MAYO CLINIC STORE SIEBENS

**Entity Number:**

11362952-0151

**Entity Type:**

Assumed Name (DBA)

**Formation Date:**

07/01/2019 12:00 AM

**Entity Subtype:**

Assumed Name - 151

**Formation Effective Date:**

07/01/2019 12:00 AM

**Profession:**

N/A

**Assumed Name:**

N/A

**Entity Status:**

Active

**Entity Status Details:**

None

**FEI/EIN Number:**

Not Provided

**FEI/EIN Status:**

## FILING HISTORY DETAILS

| File Date | Effective Date | Filing Number | Document Type | Filing Status | Source | View |
|---|---|---|---|---|---|---|
| 07/01/2019 12:00 AM | 07/01/2019 12:00 AM | 11362952-0151 | Certificate of Assumed and of True Name | | Internal | 🔍 |

Page 1 of 1, records 1 to 1 of 1

Back    Return to Search    Return to Results



### Kyle Cornwall · 3rd
Director - Platform Technology

- Mayo Clinic
- University of Utah School of Medicine

Salt Lake City Metropolitan Area · Contact info

500+ connections

[Message]  [+ Follow]  [More]

## Activity
666 followers

[Posts]  [Comments]

Kyle Cornwall posted this · 11mo

I'm happy to share that I'm starting a new position as Director - Platform Technology at Mayo Clinic!

142                                   35 comments

→ Show all posts →

## Experience

**Director - Platform Technology**
Mayo Clinic · Full-time
Apr 2023 - Present · 1 yr
Salt Lake County, Utah, United States · Remote

**Director of Engineering | Clinical Data and Analytics**
b.well Connected Health · Full-time
Sep 2021 - Apr 2023 · 1 yr 8 mos
Salt Lake City, Utah, United States

**Health Catalyst**
5 yrs 6 mos

- **Senior Director | Professional Services, Analytics**
  Full-time
  Aug 2020 - Sep 2021 · 1 yr 2 mos

- **Consultant, Professional Services**
  Full-time
  Mar 2020 - Aug 2020 · 6 mos
  Salt Lake City, Utah, United States

- **Senior Product / Software Engineer**
  Oct 2019 - Mar 2020 · 6 mos
  Salt Lake City, Utah

  • Co-lead architect in pioneering SMART on FHIR application capabilities at an organizational level, providing closed-loop integrated solutions at…