# United States District Court

### District of Utah, Southern Region of the Central Division

Sherry Teresa,

        Plaintiff,                          **JUDGMENT IN A CIVIL CASE**

        v.

Mayo Foundation for Medical Education and Research,         Case Number: 4:24-CV-33-AMA-PK

        Defendant.

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed for lack of subject-matter jurisdiction for the reasons set forth in the Court's Order entered on March 27, 2025.

Dated: April 28, 2025.                                                         By the Court:

                                                                                   Ann Marie McIff Allen
                                                                                   United States District Judge