DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone: (801) 322-2002
Facsimile: (801) 912-0320
E-Mail: dws@psplawyers.com

*Counsel for Plaintiffs and Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SHERRY TERESA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH,<br><br>    Defendant. | **NOTICE OF APPEAL**<br><br>Case No. 4:24-cv-00033-AMA-PK<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

## **NOTICE OF APPEAL**

Notice is hereby give that Plaintiff Sherry Teresa appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment entered in this action on April 28, 2025.

| | |
|---|---|
| Dated: May 22, 2025 | Respectfully submitted,<br><br>**PETERS \| SCOFIELD**<br>*A Professional Corporation*<br><br>/s/ David W. Scofield<br>DAVID W. SCOFIELD<br><br>DAVID W. SCOFIELD – 4140<br>**PETERS \| SCOFIELD**<br>*A Professional Corporation*<br>7430 Creek Road, Suite 303<br>Sandy, Utah 84093-6160<br>Telephone:  (801) 322-2002<br>Facsimile:   (801) 912-0320<br>E-Mail:       dws@psplawyers.com<br><br>FRANK S. HEDIN*<br>**HEDIN LLP**<br>1395 Brickell Avenue, Suite 1140<br>Miami, Florida 33131<br>Tel: 305.357.2107<br>fhedin@hedinllp.com<br><br>E. POWELL MILLER*<br>**THE MILLER LAW FIRM, P.C.**<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Tel: 248.841.2200<br>epm@millerlawpc.com<br><br>* Pro Hac Vice App. Forthcoming<br><br>*Counsel for Plaintiff and Putative Class* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2025, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ David W. Scofield
DAVID W. SCOFIELD

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:  (801) 322-2002
Facsimile:  (801) 912-0320
E-Mail:       dws@psplawyers.com